UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DONALD J. TRUMP,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>HILLARY R. CLINTON, HFACC, INC., DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, PERKINS COIE, LLC, MICHAEL SUSSMANN, MARC ELIAS, DEBBIE WASSERMAN SCHULTZ, CHARLES HALLIDAY DOLAN, JR., JAKE SULLIVAN, ADAM SCHIFF, JOHN PODESTA, ROBERT E. MOOK, PHILLIPE REINES, FUSION GPS, GLENN SIMPSON, PETER FRITSCH, NELLIE OHR, BRUCE OHR, DEFENDANT BUSINESS INTELLIGENCE, LTD., CHRISTOPHER STEELE, IGOR DANCHENKO, NEUSTAR, INC., NEUSTAR SECURITY SERVICES, RODNEY JOFFE, JAMES COMEY, PETER STRZOK, LISA PAGE, KEVIN CLINESMITH, ANDREW MCCABE, ROD ROSENSTEIN, JOHN DOES 1 THROUGH 10 (said names being fictitious and unknown persons),<br>and ABC CORPORATIONS 1 THROUGH 10 (said names being fictitious and unknown entities),<br><br>　　　　　　　Defendants. | CASE NO. 2:22-cv-14102-DMM<br><br>__NOTICE OF CIVIL APPEAL__ |

　　Notice is hereby given that Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of the

Hon. Donald M. Middlebrooks entered on November 10, 2022 (ECF No. 284) against them in the instant action.

Dated: December 9, 2022            Respectfully submitted,

/s/ Jared Roberts
Jared J. Roberts (FL Bar #1036550)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jared@binnall.com

*Counsel for Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2022, a true copy of the foregoing was filed with the Clerk of Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

Dated: December 9, 2022                    /s/ Jared Roberts
                                           Jared J. Roberts

                                           *Counsel for Alina Habba, Michael T. Madaio, Habba Madaio & Associates, Peter Ticktin, Jamie Alan Sasson, and The Ticktin Law Group*