# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 10, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 22-14099-HH
Case Style: Alina Habba, et al v. Charles Dolan, Jr.
District Court Docket No: 2:22-cv-14102-DMM

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The briefing schedule in the referenced appeal(s) is hereby rescinded for the following reason(s):

Motion to Consolidate is pending

When the above matter(s) is resolved, the clerk will issue a notice advising counsel and the parties of the new schedule for filing briefs in this appeal.

Clerk's Office Phone Numbers
General Information            404-335-6100
New / Before Briefing Cases    404-335-6135
Cases in Briefing / After Opinion  404-335-6130
Cases Set for Oral Argument    404-335-6141
Capital Cases                  404-335-6200
Attorney Admissions            404-335-6122
CM/ECF Help Desk               404-335-6125

MOT-2 Notice of Court Action